## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **In re: FOSAMAX PRODUCTS LIABILITY LITIGATION** | ) ) | **MDL Docket No. 1789** |
| | ) | **HON. JUDGE JOHN F.** |
| | ) | **KEENAN** |
| **This document relates to:** | ) | |
| *VICKI WEEKS v. MERCK & CO, INC.* | ) | |
| | ) | |
| **Individual Case No.: 1:08-cv-4774 JFK** | ) | |
| | ) | |

## NOTICE OF APPEARANCE

The undersigned, of the firm of ROBINSON, CALCAGNIE & ROBINSON, files this

Notice of Appearance of Cynthia L. Garber as attorney for Plaintiff, Vicki Weeks, in the above

matter.

Dated: June 17, 2008

/s/ Cynthia L. Garber
Mark P. Robinson, Jr.
Cynthia L. Garber
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
Tel:    949-720-1288
Fax:    949-720-1292
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of June, 2008, a true and correct copy of the

foregoing has been filed electronically and is available for viewing and downloading from the

ECF system.

      /s/ Cynthia L. Garber

      Cynthia L. Garber
      ROBINSON, CALCAGNIE & ROBINSON

      Attorneys for Plaintiff