Norman C. Kleinberg
Theodore V. H. Mayer
William J. Beausoleil
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

Paul F. Strain
M. King Hill, III
David J. Heubeck
VENABLE LLP
750 E. Pratt Street
Suite 900
Baltimore, MD 21202
(410) 244-7400

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
IN RE:                                            :
Fosamax Products Liability Litigation  :   1:06-md-1789 (JFK)
                                                       :
------------------------------------------------------x
*This Document Relates to:*                :   **NOTICE OF APPEARANCE**
Vicki Weeks                                       :
v. Merck & Co., Inc.                           :
                                                       :
Case No: 1:08-cv-04774-JFK              :
------------------------------------------------------x

    PLEASE TAKE NOTICE that Paul F. Strain hereby enters his appearance as counsel of record in the above referenced causes of action. All inquiries, pleadings and court documents should be filed and served upon the undersigned.

Dated: June 20, 2008
     New York, New York                    Respectfully submitted,


                                          By: _____/s/_____
                                             Paul F. Strain

                                             Venable LLP
                                             750 E. Pratt Street
                                             Suite 900
                                             Baltimore, MD 21202
                                             (410)-244-7717
                                             Fax: (410)-244-7742
                                             Email: pfstrain@venable.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 20, 2008, the foregoing NOTICE OF APPEARANCE was filed electronically and served electronically, pursuant to the Court's Case Management Order, via the Court's CM/ECF system.

                                                               /s/
                                       Paul F. Strain

                                       Venable LLP
                                       750 E. Pratt Street
                                       Suite 900
                                       Baltimore, MD 21202
                                       (410)-244-7717
                                       Fax: (410)-244-7742
                                       Email: pfstrain@venable.com