AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of    ARIZONA

VICKI WEEKS,

V.

MERCK & COMPANY, INC.

**SUMMONS IN A CIVIL CASE**

CASE

TO: (Name and address of Defendant)

Merck & Company, Inc.
One Merck Drive
P.O. Box 100
Whitehouse Station, NJ

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mark P. Robinson, Jr.
One Merck Drive
P.O. Box 100
Whitehouse Station, NJ

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK     2:36 pm, Apr 02, 2008     DATE
s/Richard H. Weare, Clerk

(By) DEPUTY CLERK

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>MARK P. ROBINSON, JR., ESQ., Bar #054426<br>ROBINSON, CALCAGNIE & ROBINSON<br>620 NEWPORT CENTER DRIVE<br>7TH FLOOR<br>NEWPORT BEACH, CA 92660<br>*Telephone No:* (949) 720-1288    *FAX No:* (949) 720-1292<br><br>*Ref. No. or File No.:*<br><br>*Attorney for:* Plaintiff | *For Court Use Only* |

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES DISTRICT COURT, DISTRICT OF ARIZONA

*Plaintiff:* VICKI WEEKS
*Defendant:* MERCK & COMPANY, INC.

| PROOF OF SERVICE SUMMONS IN A CIVIL CASE | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>08 CV 4774 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT

3. a. Party served: Merck & Company, Inc.
   b. Person served: MARGARET WILSON, PROCESS SPECIALIST, CT CORPORATION SYSTEM, REGISTERED AGENT.

4. Address where the party was served: 818 West Seventh Street
   2nd Floor
   LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Jul. 01, 2008 (2) at: 9:55AM

7. **Person Who Served Papers:**                                        Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DOUG FORREST                                                      d. *The Fee for Service was:* $70.06
   b. **FIRST LEGAL SUPPORT SERVICES**                                  e. I am: (3) registered California process server
   1511 W. BEVERY BLVD.                                                    (i) Independent Contractor
   LOS ANGELES, CA 90071                                                   (ii) *Registration No.:* 5141
   c. 213-250-1111                                                         (iii) *County:* Los Angeles

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

   Date: Thu, Jul. 03, 2008

   *Signature:* Doug Forrest (DOUG FORREST)

   Judicial Council Form                    PROOF OF SERVICE
   Rule 2.150.(a)&(b) Rev January 1, 2007   SUMMONS IN A CIVIL CASE                  *1889297;kc.marro.143460*